UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| ANNE WEST, | Civil Action No. 3:20-cv-00428-VAB |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL** |
| ALL-CLAD METALCRAFTERS, L.L.C., | |
| Defendant. | |

---

Plaintiff, ANNE WEST, and Defendant, ALL-CLAD METALCRAFTERS, L.L.C., by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: September 25, 2020

| | |
|---|---|
| BLOCK & LEVITON LLP | BUCHANAN INGERSOLL & ROONEY PC |
| By: _/s/ Stephen J. Teti_ | By: _/s/ Stephen J. Riccardulli_ |
| Stephen J. Teti, Esq | Stephen J. Riccardulli, Esq. |
| steti@blockleviton.com | Stephen.riccardulli@bipc.com |
| 260 Franklin Street, Suite 1860 | 640 5th Avenue, 9th Floor |
| Boston, MA 02110 | New York, NY 10019 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

-2-

## CERTIFICATE OF SERVICE

I certify that on the 25th day of September, 2020, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

*/s/ Stephen J. Teti*
Stephen J. Teti
